# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ISMAEL PACHECO (1);<br>RAYSEAN THOMAS (2),<br><br>　　　　　　　　　　Defendants. | Case No.: 22-cr-2064-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On September 30, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 7, 2022 to November 18, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 22] and sets the Motion Hearing/Trial Setting on November 18, 2022 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

22-cr-2064-JO

1  Further, on September 23, 2022, Defendant Raysean Thomas filed a pretrial motion
2 that remains pending. Accordingly, the Court finds that time from September 23, 2022 to
3 November 18, 2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial
4 motion is pending. 18 U.S.C. § 3161(h)(1)(D). This time is also excluded as to the co-
5 Defendant. *United States v. Messer*, 197 F.3d 330, 336 (9th Cir. 1999) ("It is well
6 established that an exclusion from the Speedy Trial clock for one defendant applies to all
7 codefendants.").

    IT IS SO ORDERED.

Dated: 10/3/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE