# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYSEAN THOMAS (2),<br><br>Defendant. | Case No. 22-cr-2064-JO<br><br>Booking No. 15484-510<br><br>JUDGMENT AND ORDER<br>OF DISMISSAL |

Based upon the motion of the United States, the Court GRANTS the government's motion to dismiss without prejudice the Information in the above entitled case against defendant Raysean Thomas. The defendant is hereby discharged and the bond is hereby exonerated.

IT IS SO ORDERED AND ADJUDGED.

DATED: 2/10/23

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

-1-